**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON HU,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **QATAR AIRWAYS** | : | |
| **GROUP Q.C.S.C., et al.,** | : | |
| ***Defendants.*** | : | **NO. 26-cv-4882** |

**NOTICE**

AND NOW, this 21st day of August 2026, a review of the Court's records shows that Defendant Qatar Airways Group Q.C.S.C. has not filed an answer or pleading in response to the complaint in the above-captioned case.

If Plaintiff Jason Hu does not take any action in this case, the Court may enter an order dismissing the case against Defendant Qatar Airways Group Q.C.S.C. for lack of prosecution.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**