**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIC HU and JENNY NGUYEN<br>as co-administrators on behalf of the<br>ESTATE OF JASON HU<br><br>Plaintiffs<br>vs.<br><br>QATAR AIRWAYS GROUP Q.C.S.C.<br>CORPORATION and MEDAIRE, INC.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 2:26-cv-4882<br><br>JURY TRIAL DEMANDED |

**REQUEST FOR DEFAULT**

To: Clerk of Court, United States District Court, Eastern District of Pennsylvania

Kindly enter the default of Defendant, Qatar Airways Group Q.C.S.C. Corporation for its failure to plead or otherwise defendant against the Complaint filed by Plaintiffs, Eric Hu and Jenny Nguyen as co-administrators on behalf of the Estate of Jason Hu, as provided by Federal Rule of Civil Procedure 55(a) and as appears from the Affidavit of Gabriela A. Amado, Esquire attached hereto.

Respectfully submitted,

HAMBURG, RUBIN, MULLIN
MAXWELL & LUPIN

By: ______________________

GABRIELA A. AMADO, ESQUIRE
ATTORNEY ID: 335848
1648 S. Broad Street
Suite 230
P.O. Box 1479
Lansdale, PA 19446
gamado@hrmml.com
*Attorney for Plaintiffs*

Date: August 24, 2026

#4033123v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIC HU and JENNY NGUYEN<br>as co-administrators on behalf of the<br>ESTATE OF JASON HU<br><br>Plaintiffs<br>vs.<br><br>QATAR AIRWAYS GROUP Q.C.S.C.<br>CORPORATION and MEDAIRE, INC.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 2:26-cv-4882<br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF GABRIELA A. AMADO, ESQUIRE**
**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Gabriela A. Amado, Esquire, hereby depose and say as follows:

1. I am an adult over the age of eighteen (18) years old and of sound mind.

2. I have firsthand knowledge of the facts set forth in this Affidavit and could competently testify to the same, if necessary.

3. I am litigation counsel to Plaintiffs, Eric Hu and Jenny Nguyen as co-administrators on behalf of the Estate of Jason Hu for the above-captioned matter.

4. Plaintiffs filed a Complaint against Defendants, Qatar Airways Group Q.C.S.C. Corporation ("Qatar Airways") and MedAire, Inc. on July 14, 2026 alleging various counts against the parties.

5. All Defendants were served on July 24, 2026.

6. A Stipulation for Extension of Time for Defendant MedAire, Inc. to respond to the Complaint was filed on August 14, 2026.

7. As of this filing, Qatar Airways has failed to file a responsive pleading.

8. As such, a default against Qatar Airways is appropriate under Federal Rule of Civil procedure 55(a).

HAMBURG, RUBIN, MULLIN
MAXWELL & LUPIN

By: ______________________
GABRIELA A. AMADO, ESQUIRE
ATTORNEY ID: 335848
1648 S. Broad Street
Suite 230
P.O. Box 1479
Lansdale, PA 19446
gamado@hrmml.com
Attorney for Plaintiffs

The foregoing was acknowledged before me this 24th day of August, 2026 by Gabriela A. Amado, Esquire, who presented the following identification: personal knowledge.

______________________
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Penna, Notary Public
Montgomery County
My commission expires February 21, 2028
Commission number 1267598
Member, Pennsylvania Association of Notaries

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIC HU and JENNY NGUYEN<br>as co-administrators on behalf of the<br>ESTATE OF JASON HU | : | CIVIL ACTION NO. 2:26-cv-4882 |
| Plaintiffs | : | |
| vs. | : | JURY TRIAL DEMANDED |
| QATAR AIRWAYS GROUP Q.C.S.C.<br>CORPORATION and MEDAIRE, INC. | : | |
| Defendants | : | |

## CLERK'S ENTRY OF DEFAULT

DEFAULT is hereby ENTERED against Defendant, Qatar Airways Group Q.C.S.C. Corporation for its failure to plead, answer, or otherwise defend, pursuant to Federal Rule of Civil Procedure 55(a).

By: ______________________________
Deputy Clerk of Courts

Dated: ____________________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIC HU and JENNY NGUYEN as co-administrators on behalf of the ESTATE OF JASON HU<br><br>Plaintiffs<br>vs.<br><br>QATAR AIRWAYS GROUP Q.C.S.C. CORPORATION and MEDAIRE, INC.<br><br>Defendants | : | CIVIL ACTION NO. 2:26-cv-4882<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of August, 2026, a copy of the foregoing document was served on the following counsel of record via the Court's ECF system:

Joseph I. Fontak, Esq.
Leader Berkon Colao & Silverstein LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
jfontak@leaderberkon.com
*Attorney for Defendant, MedAire, Inc.*

and via First Class Mail on the following:
Qatar Airways Group Q.C.S.C. Corporation
c/o Corporation Service Company
5235 North Front Street
Harrisburg, PA 17110

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: ______________________
GABRIELA A. AMADO

#4033123v1