**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIC HU and JENNY NGUYEN as co-administrators on behalf of the ESTATE OF JASON HU, Plaintiffs, vs. QATAR AIRWAYS COMPANY Q.C.S.C. CORPORATION and MEDAIRE, INC., Defendants. | CIVIL ACTION NO. 2:26-cv-04882-CFK |

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

X The nongovernmental corporate party Qatar Airways Group, Q.C.S.C., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, Qatar Airways Group, Q.C.S.C., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Dated: September 22, 2026

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By: /s/ Monica M. Littman

RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com

Andrew J. Harakas (pro hac vice to be filed)
Stephanie M. Revilla (pro hac vice to be filed)
Clyde & Co US LLP
2 Grand Central Tower
140 East 45th Street, 26th Floor
New York, New York 10017
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
andrew.harakas@clydeco.us
stephanie.revilla@clydeco.us

Attorneys for Defendant Qatar Airways Group, Q.C.S.C.

**CERTIFICATE OF SERVICE**

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Steven B. Barrett, Esquire
Gabriela A. Amado, Esquire
Hamburg, Rubin, Mullin, Maxwell & Lupin, P.C.
1684 South Broad Street, Suite 230
P.O. Box 1479
Lansdale, PA 19446
sbarrett@hrmml.com
gamado@hrmml.com
Attorneys for Plaintiffs

Joseph I. Fontak, Esquire
Leader Berkon Colao & Silverstein LLP
1515 Market St., Ste. 1200
Philadelphia, PA 19102
jfontak@leaderberkon.com
Attorney for Defendant Medaire, Inc.

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: September 22, 2026